IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUWSA GREEN,** : | |
| Petitioner, : | CIVIL ACTION |
| v. : | |
| : | NO. 11-1130 |
| **BRIAN D. COLEMAN, et al.,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 29th day of February 2012, after a careful and independent review of the Petition (Doc. No. 1), the Report and Recommendation (Doc. No. 40), Petitioner's Objections and Supplemental Objections thereto (Doc. Nos. 45, 46, 51), Petitioner's supplemental memoranda and exhibits in support of his Petition, and the entire record in this case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition is **DENIED**;

3. Petitioner's Objections are **OVERRULED**; and

4. A Certificate of Appealability **SHALL NOT ISSUE**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe

_____
**HON. CYNTHIA M. RUFE**